IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

JUDY WHITE and GARY WHITE,    )
                              )
    Plaintiffs,                )
                              )
VS.                           )   No. 13-2173-JDT/tmp
                              )
DELORES STEPHENS, et al.,     )
                              )
    Defendants.                )

ORDER ADOPTING REPORT AND RECOMMENDATION
ON PLAINTIFF'S MOTIONS FOR EX PARTE RELIEF

Plaintiffs filed this complaint pursuant to 42 U.S.C. § 1983 and paid the filing fee. Along with the complaint, they filed a motion for ex parte emergency relief [DE# 3]. On April 15, 2013, they filed a renewed ex parte motion for emergency relief [DE# 35]. The motions were referred to Magistrate Judge Tu M. Pham for a report and recommendation.

Magistrate Judge Pham has issued his report, recommending that Plaintiffs' motions be denied [DE# 41]. Plaintiffs have not filed any objections. Therefore, the report and recommendation of Magistrate Judge Pham is hereby ADOPTED, and Plaintiffs' motions for ex parte emergency relief are DENIED.

IT IS SO ORDERED.

  s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE