IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JUDY WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   No. 13-2173-JDT/tmp |
| | ) |
| DELORES STEPHENS, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER ADOPTING REPORTS AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE [DE#s 86, 89]

On January 14, 2014, Magistrate Judge Tu M. Pham issued reports and recommendations [DE#s 86, 89] that Plaintiff's motion for default judgment [DE# 51] be denied, the motion to dismiss of Defendant Charles Wallace, M.D., [DE# 52] be granted, Plaintiff's subsequent motion for default judgment be denied [DE# 56], and Plaintiff's motion to strike [DE# 60] be denied. On February 2, 2104, the court granted Plaintiff's motion for extension of time to file objections to the reports and recommendations. Plaintiff was given fourteen days from the entry of the order [DE# 93]. Despite the extension of time, Plaintiff has not filed any objections, and the time for doing so has expired.

Therefore, the reports and recommendations of Magistrate Judge Pham are hereby ADOPTED, and Defendant Wallace is DISMISSED as a defendant.

IT IS SO ORDERED.

                        s/ **James D. Todd**
                        JAMES D. TODD
                        UNITED STATES DISTRICT JUDGE